PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL G. TIERNEY
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>YING DING,<br>YING ZHOU, and<br>HANLIN HE<br><br>　　　　　Defendants. | Citation Nos. 1:16-PO-00067-SAB;<br>　　　　　　　1:16-PO-00069-SAB; and<br>　　　　　　　1:16-PO-00070-SAB<br><br>MOTION AND ORDER TO DISMISS CITATIONS |

　　　　On September 29, 2016, co-defendant Jian Zou, Case No. 1:16-PO-00068, forfeited collateral in the amount of $175 regarding citation number 5007031.  The United States verified payment through a records inquiry of the Central Violations Bureau on September 30, 2016, and also submitted a Stipulation and Proposed Order to Vacate the trial date as to Ms. Zou and close the matter.

　　　　Accordingly, the United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Michael G. Tierney, Assistant United States Attorney, hereby moves the Court to dismiss the following in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure:

- <u>United States v. Ying Ding</u>, Case No. 1:16-po-00067-SAB, Citation No. 5007028;
- <u>United States v. Ying Zhou</u>, Case No. 1:16-po-00069-SAB, Citation No. 5007030; and

1

- <u>United States v. Hanlin He</u>, Case No. 1:16-po-00070-SAB, Citation No. 500729.

DATED: September 30, 2016                    Respectfully submitted,

                                                         PHILLIP A. TALBERT
                                                         Acting United States Attorney

                                       By:    /s/ Michael G. Tierney
                                                   MICHAEL G. TIERNEY
                                                   Assistant U.S. Attorney

2

U.S. v. Ding et al.
Motion to Dismiss

**<u>O R D E R</u>**

IT IS HEREBY ORDERED that:

- Case Number 1:16-po-00067-SAB against Ying Ding;
- Case Number 1:16-po-00069-SAB against Ying Zhou; and
- Case Number 1:16-po-00070-SAB against Hanlin He

Be dismissed in the interest of justice.

Dated:  September   , 2016

HON. STANLEY A. BOONE
United States Magistrate Judge

3

U.S. v. Ding et al.
Motion to Dismiss