PHILLIP A. TALBERT
Acting United States Attorney
MICHAEL G. TIERNEY
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>YING DING<br><br>              Defendant. | Citation No. 1:16-po-00067-SAB<br>(Citation #5007028)<br><br>MOTION AND ORDER FOR DISMISSAL |

On September 29, 2016, co-defendant Jian Zou, Case No. 1:16-po-00068, forfeited collateral in the amount of $175 regarding citation number 5007031.  The United States verified payment through a records inquiry of the Central Violations Bureau on September 30, 2016, and also submitted a Stipulation and Proposed Order to Vacate the trial date as to Ms. Zou and close the matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  Accordingly, the United States of America, by and through Phillip A. Talbert, Acting United
2  States Attorney, and Michael G. Tierney, Assistant United States Attorney, hereby moves to dismiss
3  Case No. 1:16-po-00067-SAB against YING DING without prejudice in the interest of justice, pursuant
4  to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED:  October 5, 2016               Respectfully submitted,

                                                  PHILLIP A. TALBERT
                                                  Acting United States Attorney

By:   /s/ Michael G. Tierney
       MICHAEL G. TIERNEY
       Assistant U.S. Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:16-po-00067-SAB against YING DING be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **October 7, 2016**  
_____  
UNITED STATES MAGISTRATE JUDGE